HAROLD HUNTER, T-11939

CALIF. HEALTH CARE FACILITY "E" R12-120

PO BOX 32290

STOCKTON, CALIF.

95213

IN PRO SE



**FILED**

SEP 2 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER, | CASE NO, |
| PLAINTIFF, | 2: 15-CV -1971 KJN (PC) |
| V. | NOTICE OF MOTION AND DECLARATION |
| DOROTHY H. DO-WILLIAMS, M.D. ET.AL., | TO SUBMIT TO THE COURT, IN |
| DEFENDANTS | SUPPORT OF MY CIVIL ACTION SUIT |
| | TO PROCEED WITHOUT EXHAUSTION |

MOTION

THE PLAINTIFF HEREBY SUBMITS EXHIBITS (99) TO (122) IN

SUPPORT OF THE ABOVE CIVIL ACTION TO SHOW THE COURT MY GOOD

FAITH EFFORTS TO OBTAIN AN ADMINISTRATIVE RESOLVE, I WISH TO MAKE

AN ARGUMENTATIVE POINTS IN MY DECLARATION TO CONVINCE THIS

COURT EXHAUSTION CAN NOT BE DONE IN A TIMELY FASHION BY DESIGN.

DATE : 9-20-15

BY : Harold H_____ , HAROLD HUNTER, IN PRO SE

PAGE 1 OF 4

DECLARATION IN SUPPORT OF THE ATTACHED MOTION

AS PER EXHIBIT (121) AND (122) ON 7-27-15, I WAS INFORMED
BY CUSTODY "A C/O" THAT I WAS TO BE MOVED TO LIVE AND PROGRAM
UP STAIRS. I WAS ABLE TO TALK GOOD ENOUGH TO EXPLAINE THAT I
AM A FALL RISK AND WAS AFRAID TO GO UP AND DOWN STAIRS, I FEAR
AN IMMINENT INJURY OR DEATH. I WAS ALLOWED TO FOLLOW UP WITH
MY MEDICAL DOCTOR WHO IS THE "ONLY" CDCR EMPLOYEE WHO CAN WRITE
A LOWER TIER CHRONO, A NO COST ITEM.

I IMMEDIATELY SENT A SICK CALL REQUEST FORM 7362 # 864950
REQUESTING A LOWER TIER CHRONO, STILL BEING APPROCHED BY
CUSTODY ON THIS ISSUE, ON 7-30-15, I FILED MY FIRST "EMERGENCY"
FORM 1824 "AN A.D.A. REASONABLE MODIFICATION OR ACCOMMODATION
REQUEST LOG # E-15-01955 EXHIBITS (121) AND (122).

ON EXHIBIT (120) "NO INTERVIEW" THEY STATE WHAT I AM REQUESTING
AT TOP "A LOWER HOUSING CHRONO" THEN THEY STATE "YOU ARE
CURRENTLY ASSIGNED TO A LOWER TIER/LOWER BUNK" THAT IS JUST A
STUNNING REMARK BEYOND BELIEF, AND FOLLOW UP SAYING "THE SUBJECT
IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES, AND ACTIVITIES.

I WAS FORCED TO REDUCE MY A.D.A. APPEAL TO A HEALTH CARE APPEAL (H.C)
AN EXHIBIT (121) AND (122) IS NOW EXHIBIT (116) AND (117) STILL WITH THE
HEADING OF "EMERGENCY APPEAL" I STATED THE URLENCY AND STILL
REQUESTING A LOWER TIER CHRONO ON 8-21-15. ON 9-18-15, THIS
WAS ALL CANCELLED. ON EXHIBIT (115).

ON EXHIBIT (113) AND (114), ON 8-20-15, I ADDRESS MY INADEQUATE
MEDICAL CARE, QUICKLY REJECTED ON EXHIBIT (112) RECEIVED ON 9-18-15.

PAGE 2 OF 4

IN EXHIBIT (110) AND (111) I FILE IN FLUSTERATION I FILE THIS A.D.A. APPEAL SHOWING THAT I AM INTENTIONALLY BEING SUBJECTED TO THE UNNECESSARY AND WANTON PAIN AND SUFFERING AT THE HANDS OF MY LISTED DEFENDANTS WITH NO MEDICAL CARE.

ON 7-29-15, IN EXHIBIT (109) I WAS GIVEN A WHEELCHAIR AS THEY NOTE "I AM A FALL RISK". THAT IS INCONSISTANT WITH MY FIRST FILED APPEAL ON 7-27-15, SO, CUSTODY KNEW THAT I WAS A FALL RISK ON MY FIRST EMERGENCY APPEAL, I HADD FALLEN DOWN TWICE (2) BEFORE CUSTODY TOLD ME I WAS TO BE MOVED UP STAIRS. SEE EXHIBITS (121) AND (122) OR PAGE 2 "TOP"

ON EXHIBIT (107) CUSTODY AND MY ME TWO DEFENDANTS HAS INCREASED MY ANXIETY AND MENTAL ANGUISH, I CAN'T SLEEP BECAUSE OF WHAT IS GOING ON, EXHIBIT (106) REJECTS MY ADA APPEAL, BUT AGAIN STATES THAT I AM A FALL RISK ON 7-29-15.

WHAT MEDICAL CARE I HAVE RECEIVED AMOUNTS TO NO MEDICAL CARE, THAT IS WORSE THAT JUST INADEQUATE MEDICAL CARE. NOW CUSTODY IS INTENTIONALLY WASTING TIME, NOT RECOGNIZING A SINGLE ONE OF MY EMERGENCY APPEALS AND WILL NOT TRY TO FIND OUT MY PROBLEM. I AM OUT OF TIME, IT IS APPARENT TO ME CUSTODY IS NOT GOING TO HELP ME THROUGH APPEALS, MY MOVE UP STAIRS IS IMMINENT, AND FOLLOWING THAT MY INJURY OR DEATH IS IMMINENT.

I IS THE DUTY OF ALL CDCR STATE EMPLOYEES TO PROTECT THE HEALTH AND SAFETY OF ALL INMATES, SEE MY MOTION, DECLARATION, AND MEMORANDUM OF LAW PAGES 1 THROUGH 6 IN MY MOTION FOR A TRO OR AN PRELIMINARY INJUNCTION DATED ; 9-13-15

THE CUSTODY OF CDCR HERE AT THE STOCKTON, HEALTH CARE
FACILITY IS JUST STALLING, TRYING TO FRUSTRATED OR IMPEDE MY
FEDERAL RIGHTS OF SAFE HOUSING, ADEQUATE MEDICAL CARE, ACCESS TO
THE COURTS, TO FILE AN APPEAL, BE FREE FROM RETALIATION, EQUAL
PROTECTION, DUE MEANFUL DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENTS,
SUBJECTED TO DELIBERATE INDIFFERENCE, THE INTENTIONAL FALSIFICATION OF
MY MEDICAL DOCUMENTS COMMITTING FRAUD, SUBJECTING ME TO CORPORAL
PUNISHMENT, AND SUBJECTING ME TO A FINANCIAL HARDSHIP.

I AGAIN BEG THIS COURT TO LET ME PROCEED WITH THIS CASE
WITHOUT COMPLETE EXHAUSTION I THINK I HAVE PROVEN THAT THIS
APPEALS SYSTEM HERE IS A SHAM, THEY PROTECT THEIR OWN!
I AM OUT OF TIME! FAILURE TO EXHAUST IS ON CUSTODY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.
DATE : 9-20-15
BY : Harold Hunter
HAROLD HUNTER, IN PRO SE

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                              **Side 1**

| IAB USE ONLY | |
|---|---|
| | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HUNTER  HAROLD | T-11939 | E1E-120  T-11939 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):   FOR HELP

CUSTODY IS JUST ATTEMPTING TO STALL ALL MY REQUESTS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I REALIZE THAT

I HAVE SUBMITTED SEVERAL STAFF COMPLAINTS, HEALTH CARE

APPEALS, REGULAR 602 APPEALS, AND SEVERAL EMERGENCY

APPEALS, NOT ONE APPEAL HAS BEEN EXCEPTED AS - 602-A-

B. Action requested (If you need more space, use Section B of the CDCR 602-A): IN ORDER FOR

CUSTODY TO TO REMEDY THIS DESPERATE SITUATION I AM IN, IS

TO RESPOND TO MY SUBMITTED PLEAS. ALL EMPLOYEES OF THE

CDCR HAVE THE RESPONSABILITY TO PROTECT  - 602-A -

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____     _____

_____     _____

☒ No, I have not attached any supporting documents. Reason : CUSTODY IS JUST PLACING AN

UNDUE FINANCIAL BURDEN ON ME WITH COPIES, I EVEN HAD TO

WRITE STAFF COMPLAINTS ON TWO EMPLOYEES WHO REFUSE TO MAKE

SUCH COPIES, AND TO MY KNOWLEDGE THOSE COMPLAINTS WENT NOWHERE

Inmate/Parolee Signature: Harold H                    Date Submitted: 9-20-15

| | By placing my initials in this box, I waive my right to receive an interview. |
|---|---|

Running vertical text (right side): **STAFF USE ONLY**

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)  Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____     Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____          EXHIBIT (99)

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HUNTER HAROLD | T-11939 | E1E-120 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** AN EMERGENCY, NOT

ONE STAFF COMPLAINT HAS BEEN EXCEPTED, NOT ONE

602 APPEAL HAS BEEN EXCEPTED, NOT ONE HEALTH CARE

APPEAL HAS BEEN EXCEPTED, ALL APPEALS # 01955, # 03921,

# 03916, # 03920, # 01881, # 01871, # 03919, # 02242, # 02243, # 02240, # 2356,

# 03919 HAS BEEN CANCELED OR REJECTED AND NONE ARE VIEWED AS

AN "EMERGENCY" THEY ALL RELATE TO INADEQUATE MEDICAL CARE,

MY IMMEDIATE PHYSICAL CONDITION OF THE UNNECESSARY AND WANTON

INFLICTION OF PAIN AND SUFFERING. I IN FACT FACE AN IMMINENT

INJURY OR DEATH. IT IS REPULSIVE TO ME THAT CUSTODY IS ATTEMPTING

TO DENY ANY REQUEST FOR HELP STARTING ON APPEAL # E-15-01955

ON 7-30-15 NOTED AS AN "EMERGENCY". I AM OUT OF TIME

CUSTODY IS READY TO MOVE ME UP STAIRS WHICH WILL HURT OR KILL ME

STAIRS ARE STRUCTURALLY IMPRACTICABLE FOR ME. I FALL UNDER THE ADA.

AND SECTION 504, TITLE 29, CUSTODY WILL NOT EVEN EXCEPT A FORM 1824

FROM ME. I BELIEVE THAT I CAN ARGUMENTATIVELY CONVINCE THE

COURT THAT MY 602 ATTEMPTS HERE ARE USELESS, AND CUSTODY

HERE IS JUST TRYING TO IMPEDE AND FRUSTRATE ME AND JUST

BLOCKING MY ACCESS TO THE COURTS.

Inmate/Parolee Signature: _Harold H_     Date Submitted: 9-20-15

**STAFF USE ONLY**

**B. Continuation of CDCR 602, Section B only (Action requested):** THE HEALTH AND SAFETY OF INMATES.

MY DEPRIVATION OF WHAT AMOUNTS TO "NO" MEDICAL CARE DOES HAVE

AN ADVERSE EFFECT ON ME. I NEED CUSTODY TO TREAT MY MEDICAL

NEEDS. I NEED WHAT I HAVE REQUESTED ON THE ABOVE APPEALS

I NEEDED A URGENT RESPONSE OVER 1½ MONTHS AGO. CUSTODYS

RECKLESS AND CALLOUS LACK OF CARING IS SOON TO INJURE ME OR KILL

ME. I HAVE FALLEN DOWN NOW SIX (6) TIMES ON FLAT GROUND,

HOW DO YOU THINK I WILL DO GOING UP STAIRS.

EXHIBIT (100)

Inmate/Parolee Signature: _Harold H_     Date Submitted: 9-20-15

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



**Date:** 9/16/2015

# REJECTION NOTICE

**To:** HUNTER, HAROLD (T11939)
E 301E1120001LP
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

**Tracking/Log #:** CHCF HC 15003920

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Excessive Filings:** CCR, Title 15, Section 3084.6(b)(3) states, "The inmate or parolee has exceeded the allowable number of appeals filed in a 14 calendar day period pursuant to the provisions of subsection 3084.1(f)."

Pursuant to CCR Title 15, Section 3084.1(f) states, "An inmate or parolee has the right to file one appeal every 14 calendar days unless the appeal is accepted as an emergency appeal. **The 14 calendar day period shall commence on the day following the appellant's last accepted appeal."**

You have exceeded the allowable number of non-emergency appeals filed in a 14 calendar day period. Reference Appeal Log No. CHCF-HC 15003920 which was **accepted**, at the First level of review, on **8/26/2015,** and a decision has been rendered or is pending. The appeal log # CHCF HC 15003920 was submitted by you on 8/21/2015 and received by the health care appeals office on 8/26/2015; therefore exceeding the allowable number of appeals filed in a 14 calendar day period. **You may resubmit your appeal for processing 14 calendar days following the appellant's last accepted appeal.**

Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).

It is also noted that you filed a CDC 7362 – Health Care Services Request Form, log #1004658, on 9/13/15, in regards to the same issue in your appeal requesting compression stocking and have been referred to your PCP for further evaluation and treatment. If you are denied your request, you can then re-submit your CDCR 602 HC appealing the decision, stating the name of the provider that denied your request and the date you were denied.

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this notice and resubmit the appeal within 30 calendar days.

Martin, K.
Health Care Appeals Coordinator
Health Care Appeals Office
California Health Care Facility

$ExHIBIT (101)$

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

> Should you elect to respond to the screen-out decision in writing, you may write a BRIEF statement on the lines provided below (*If you write your statement on the original appeal documents, your appeal will be rejected for lack of cooperation*).

_____

_____

_____

_____

> Please return this notice and all original documents when you resubmit this appeal.

> Please sign and date the rejection notice when you re-submit your appeal.

Inmate-Patient signature:_____ Date of re-submission:_____

$EXHIBIT (102)$

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

**PATIENT-INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 6/13)

Page 1 of 2

| STAFF USE ONLY | | Institution: | Log #: | Category: |
|---|---|---|---|---|
| Emergency Appeal ☐ Yes ☑ No | | CHCF | HC15002920 | |
| Signature: | Date: 8/26/15 | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A):

SEE ATTACHED CDC-1824/602

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A):

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

Patient-Inmate Signature: _____   Date Submitted: _____

☐ By placing my initials in this box, I waive my right to receive an interview.

**SECTION C. FIRST LEVEL - Staff Use Only**    Check One: Is CDCR 602-A attached?   ☑ Yes ☐ No

This appeal has been:    Check One: Is this a recatergorized/converted 1824?   ☐ Yes ☑ No

Bypassed at the First Level of Review. Go to Section E.

☑ Rejected (See attached letter for instruction):   Date: 9/16/15 Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted   Assigned to: _____   Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?   ☐ Yes   ☐ No |
|---|---|---|---|

☐ TABE score ≤ 4.0    ☐ Additional time    ☐ P/I asked questions
☐ DPH ☐ DPV ☐ LD    ☐ Equipment ☐ SLI    ☐ P/I summed information
☐ DPS ☐ DNH    ☐ Louder ☐ Slower   **Please check one:**
☐ DNS ☐ DDP    ☐ Basic ☐ Transcribe ☐ Not reached* ☐ Reached
☑ Not Applicable    ☐ Other*    *See chrono/notes

4. Comments: TABE 7.2

Interviewer: _____ Title: _____
(Print Name)

Signature: _____ Date completed: _____

Reviewer: _____ Title: _____
(Print Name)

Signature: _____

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC 8/26/15 | Date closed and mailed/delivered to appellant: _____ |

9-16-15 FLR#1
**REJECTED STAFF USE ONLY**
CHCF HCAC

EXHIBIT (103)

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**                                                                                                    Page 2 of 2

**If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Patient-Inmate Signature: _____        Date Submitted: _____

| **SECTION E. SECOND LEVEL - Staff Use Only** | Check One: Is CDCR 602-A attached? | ☐ Yes ☐ No |
|---|---|---|

This appeal has been:                                              Check One: Is this a recatergorized/converted 1824?   ☐ Yes ☐ No
☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):    Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):            Date: _____

☐ Accepted   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____
Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
            Date of Interview: _____ Interview Location: _____

Your appeal issue is:    ☐ Granted    ☐ Granted in part   ☐ Denied        ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?   ☐ Yes   ☐ No |
|---|---|---|---|

| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

Interviewer: _____ Title: _____
                                    (Print Name)
Signature: _____ Date completed: _____
Reviewer: _____ Title: _____
                                    (Print Name)
Signature: _____

4.Comments:_____

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC:_____ | Date closed and mailed/delivered to appellant: _____ |

**SECTION F.** **If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

Patient-Inmate Signature: _____        Date Submitted: _____

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction):    Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):            Date: _____

☐ Accepted at the Third Level of Review
Your appeal is:        ☐ Granted        ☐ Granted in part   ☐ Denied        ☐ Other: _____

See attached Third Level response.                          Third Level Use Only
                                                           Date closed and mailed/delivered to appellant: _____

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient-Inmate Signature: _____        Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

# STAFF USE ONLY

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)
Side 1

| STAFF USE ONLY | | |
|---|---|---|
| Emergency Appeal | ☐Yes  ☐No | Institution: CHCF HC  Log #: 15003920  Category: 8 |
| Signature: | Date: | FOR STAFF USE ONLY |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): HUNTER  HAROLD | CDC Number: T-11939 | Unit/Cell Number: E/E -120 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
COMPRESSION STOCKINGS RE-ISSUED TO ME

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): AS PER MY ATTACHED ADA APPEAL, I HAVE WORN COMPRESSION STOCKINGS TO HELP ME WALK AND AID ME IN BED TO SLEEP BETTER AND LONGER WITH LESS PAIN FOR OVER 6 MONTHS, DR. DO-WILLIAMS TOOK THEM AWAY WITHOUT EVEN

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I REQUEST THAT I AGAIN RECEIVE COMPRESSION STOCKINGS "ONE PAIR A MONTH" THEY HAVE PROVEN TO HELP ME MOVE AROUND BETTER AND SLEEP BETTER WITH LESS PAIN

☒ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

ADA APPEAL # CHCF-E-15-01881  2 PAGES
ADA APPEAL # CHCF-E-15-01871  2 PAGES

☐ No, I have not attached any supporting documents. Reason :

**REJECTED**

USE ONLY

Patient/Inmate Signature: Harold M          Date Submitted: 8-21-15

☐ By placing my initials in this box, I waive my right to receive an interview.

| C. First Level - Staff Use Only | Staff – Check One: Is CDCR 602-A Attached? ☐Yes ☐No |
|---|---|

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) :  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):  Date: _____
☐ Accepted at the First Level of Review
Assigned to: _____  Title: _____  Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____  Interview Location: _____
Your appeal issue is:  ☐Granted  ☐Granted in part  ☐Denied  ☐Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____
Reviewer: _____ (Print Name)  Title: _____  Signature: _____

EXHIBIT (104)

| Date received by HCAC: _____ | HCAC Use Only  Date mailed/delivered to appellant: __/__/__ |

RECEIVED
AUG 26 2015

STATE OF CALIFORNIA                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT/INMATE APPEAL**                                                                                                      Side 2
CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____

**Patient/Inmate Signature:** _____    **Date Submitted:** _____

**E. Second Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?          ☐ Yes   ☐ No
This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____
Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is:   ☐ Granted   ☑ Granted in part   ☐ Denied      ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: _____ Title: _____  Signature: _____     Date completed: _____
          (Print Name)

Reviewer: _____ Title: _____  Signature: _____
          (Print Name)

Date received by HCAC: _____

HCAC Use Only
Date mailed/delivered to appellant: ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 680 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____

**Patient/Inmate Signature:** _____    **Date Submitted:** _____

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____     Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Third Level of Review
Your appeal is   ☐ Granted   ☐ Granted in part   ☐ Denied      ☐ Other _____

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ___/___/___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

**Patient/Inmate Signature:** _____    **Date Submitted:** _____

**Print Staff Name:** _____ **Title:** _____ **Signature:** _____ **Date:** _____

2

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602-A (08/09)

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | CHCF HC | 15003920 | 8 |
| | | | **FOR STAFF USE ONLY** | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment. |
|---|---|---|---|
| HUNTER   HAROLD | T-11939 | E1E-120 | |

A. Continuation of CDCR 602, Section A only (Explain your issue) : ASKING IF THEY HELPED
ME. I NOW HAVE MORE PAIN AND LESS SLEEP. I FIND
THE COMPRESSION STOCKINGS A CHEAP AND EFFECTIVE
REASONABLE ACCOMMODATION UNTILL MEDICAL CAN FIND OUT
JUST WHAT IS WRONG WITH MY LEGS, KNEES, FEET, AND
TOES. I HAVE RESTLESS LEGS AND TOES WITH CONSTANT
INVOLONTARY MUEMENT, I AM ALMOST 66 AND I HAVE
MEDICAL PROBLEMS THROUGH AGE, I FEEL THAT THIS IS
A REASONABLE ACCOMMODATION

_RECEIVED_
_AUG 26 2015_
_CHCF HC APPEALS_
_REJECTED_
_0-11015 FR#1_
_CHCF HCH5_

_STAFF US_

Inmate/Parolee Signature: _Harold H_ ___ Date Submitted: 8-21-15

B. Continuation of CDCR 602, Section B only (Action requested): _____

EXHIBIT (105)

Inmate/Parolee Signature: _____    Date Submitted: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

Case 2:15-cv-01971-KJN   Document 9   Filed 09/25/15   Page 14 of 33

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

RECEIVED

AUG 2 6 2015

CHIEF HC APPEALS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

# DRAFT

**RAP Meeting Date:** 7/29/2015    **Date IAC Received 1824:** 7/24/2015    **1824 Log Number:** CHCF-E-15-01881

**Inmate's Name:** HUNTER, HAROLD    **CDCR #:** T19939    **Housing:** FAC E 1E-120

**RAP Staff Present:**    ADA Coordinator    J.A. Zamora,  Custody Appeals Coordinator A. Infante, Doctor G. Williams, Health Care Appeals Representative, L. Donnelly,  Registered Nurse  A, Schafer

*CHCF HC 15003920*

**Inmate Interviewed:**  ☐ No   ☒ Yes    EOP

---

**Disability Access or Discrimination Issue:** THE SUBJECT STATES THAT HE CAN NOT SLEEP DUE TO THE INVOLUNTARY MOVEMENT IN HIS LEGS AT NIGHT.

**Interim Accommodations Needs Reviewed:**

☒    Interim Accommodation provided (List accommodation and date provided): ON 7/23/15, THE SUBJECT WAS ISSUED A LOANER WHEELCHAIR AS AN INTERIM ACCOMODATION DUE TO BEING A FALL RISK ( CDCR 1824 LOG #CHCF-E-15-1871) .

---

**Summary of Inmate's 1824 Request:** THE SUBJECT IS REQUESTING TO HAVE HIS COMPRESSION STOCKINGS RE-ISSUED TO HIM, ~~AND TO BE GIVEN A SLEEP STUDY DUE TO HIS RESTLESS LEGS.~~ *← WRONG*

☒    **RAP is able to render a final decision.**

**DISAPPROVED**

ON 7/29/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

YOU ARE REQUESTING TO BE RE-ISSUED YOUR PREVIOUSLY PRESCRIBED COMPRESSION STOCKINGS WHICH ASSIST YOU TO ELIMINATE SOME OF THE INVOLUNTARY MOVEMENT IN YOUR LEGS AT NIGHT WHICH ALLOWS YOU TO SLEEP. THIS ISSUE IS ALSO BEING ADDRESSED IN CDCR 1824 LOG #CHCF-E-15-1881.    YOU STATED THAT YOU ARE ABLE TO ACCESS ALL PROGRAMS, SERVICES, AND ACTIVITIES.

YOU WERE EVALUATED BY DR. DO. WILLIAMS ON 7/21/15. YOU CAN FILE A CDCR 602HC REGARDING A DISAGREEMENT WITH A MEDICAL DECISION.  IN ADDITION, YOU ARE REQUESTING A SLEEP STUDY.  YOU MAY FILE A CDCR 7362 TO DISCUSS THIS ISSUE WITH YOUR PCP.

**Additional information/instruction: THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.**

If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.

_J.A. ZAMORA._                                        **Date sent to inmate:** 7/29/2015
**ADA Coordinator**                Signature

Staff processing instructions:  Does delivery of response meet criteria to establish effective communication? Yes

☐    **Accommodation Order required:**

☐    Request alleges non-compliance of the Armstrong or Clark Remedial Plans. Allegation logged on Accountability Log.

Distribution:  Original – Inmate        Copy – 1824 File        Copy – Miscellaneous Section of C-File        Copy – Medical/Mental Health Staff



*EXHIBIT (106)*

CHCF HC 15003950

State of California

Department of Corrections and Rehabilitation

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (rev: 7/2014)

| INSTITUTION (staff use only): CHCF | EC? Y/N | LOG NUMBER (staff use only): CHCF-E-15-01881 |
| --- | --- | --- |

Date Received by Staff (staff use only):

**\* \* \* TALK TO STAFF IF YOU HAVE AN EMERGENCY \* \* \***

**Do not** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDCR 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) HAROLD HUNTER | CDCR NUMBER T-11939 | ASSIGNMENT | HOUSING E/E #2 |
| --- | --- | --- | --- |

**INSTRUCTIONS**

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service, or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response. Do not use an 1824 to request a response for a group of inmates. If you have received an 1824 decision that you disagree with, submit an appeal (CDCR 602, or 602-HC if disagreeing with a medical diagnosis/treatment decision).

WHAT CAN'T YOU DO / WHAT IS THE PROBLEM: _I CAN'T SLEEP! SLEEP IS A DAILY LIFE ACTIVITY, MY TOES, AND LEGS ARE RESTLESS IN BED AND IT KEEPS ME AWAKE. I AM TIRED AND WORE OUT._

WHY CAN'T YOU DO IT: _MY ASSIGNED MEDICAL PHYSICIAN WILL NOT ADDRESS THIS PROBLEM. DR. DO-WILLIAMS HAS MADE THIS CONDITION WORST AND IS BLOCKING MY ACCESS TO MEDICAL SERVICES._

WHAT DO YOU NEED: _DR. DO-WILLIAMS WILL NOT GIVE ME A REASONABLE ACCOMMODATIONS THAT HELPED ME FOR THE LAST 6 MONTHS, SO I NEED MEDICAL TEST RAN TO FIND OUT WHAT IS WRONG. SOME THING IS WRONG WITH MY TOES, I TOLD DR. DO-WILLIAMS THAT ALL TEN (10) TOES STAY COLD OR FEEL COLD, THEY TINGLE, WITH AN INVOLUNTARY CONSTANT MOVEMENT & OVER_ (use the back of this form if you need more space)

Which of the following best describes your disability that caused you to file this request:

☐ Difficulty walking or getting around   ☐ Difficulty seeing   ☐ Difficulty hearing   ☐ Difficulty talking   ☐ On kidney dialysis

☐ Difficulty using arms/hands   ☐ Difficulty learning   ☐ Difficulty thinking or understanding   ☐ Mental impairment

☐ Other Disability (briefly describe): _SLEEPING_

| DO YOU HAVE ANY DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☐   No ☒   Not Sure ☐ |
| --- | --- |

(List and attach documents if available, including: 1845, 7410, 128-C): _IN MY FILE_

I understand staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| _Harold H_ | _7-23-15_ |
| --- | --- |
| **INMATE'S SIGNATURE** | **DATE SIGNED** |

Assistance completing this form provided by: _____

| EXHIBIT (107) | Last Name | First Name | Signature |
| --- | --- | --- | --- |

| ☒ AP is not required as the CDCR 1824 contains no disability access or discrimination issues. | _In Fante, A_ Person making determination | _CcT_ Title |
| --- | --- | --- |

CHCF HC 15003920

I WAS TOLD BY OTHER DOCTORS THAT I WAS A BOARDER
LINE DIABETIC AND I AM AFRAID OF LOOSING SOME
TOES. I NEED ACCESS TO MEDICAL TAPE TO TAPE MY
TOES STILL, AND FOUR (4) ACE BANDAGES TO RAP MY
LEGS. TIGHT.

BACK SIDE OF A.D.A. 1824 APPEAL
#CHCF-E-15-01881

EXHIBIT (108)


RECEIVED
AUG 26 2015
CHCF HC APPEALS

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**DRAFT**

**RAP Meeting Date: 7/29/2015**        **Date IAC Received 1824: 7/23/2015**        **1824 Log Number: CHCF-E-15-01871**

**Inmate's Name: HUNTER, HAROLD**        **CDCR #: T19939**        **Housing: FAC E 1E-120**

**RAP Staff Present:**        ADA Coordinator        J.A. Zamora,   Custody Appeals Coordinator A. Infante, Doctor G. Williams,
Health Care Appeals Representative, L. Donnelly,   Registered Nurse  A, Schafer        *CHCF HC 15003920*

**Inmate Interviewed:**   ☒ No   ☐ Yes        EOP

**Disability Access or Discrimination Issue:** SUBJECT STATES THAT HE FEELS PAIN WHEN HE WALKS, SITS, AND LAYS DOWN IN BOTH FEET, LEGS, KNEES, AND LOWER BACK.  HE STATES THAT ON 7/8/15 DR. DO-WILLIAMS TOOK AWAY THE OTHER DOCTOR'S ORDER FOR COMPRESSION STOCKINGS.  THE COMPRESSION STOCKINGS ALLEVIATE THE PAIN AND ASSIST TO ELIMINATE SOME OF THE INVOLUNTARY MOVEMENT IN HIS LEGS AT NIGHT.

**Interim Accommodations Needs Reviewed:**

☒    Interim Accommodation provided (List accommodation and date provided):  ON 7/23/15, THE SUBJECT WAS ISSUED A LOANER WHEELCHAIR AS AN INTERIM ACCOMODATION DUE TO BEING A FALL RISK.

**Summary of Inmate's 1824 Request:** THE SUBJECT IS REQUESTING TO HAVE HIS COMPRESSION STOCKINGS RE-ISSUED TO HIM.

☒    **RAP is able to render a final decision.**

**DISAPPROVED**

ON 7/29/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

YOU ARE REQUESTING TO BE RE-ISSUED YOUR PREVIOSLY PRESCRIBED COMPRESSION STOCKINGS WHICH ASSIST YOU WITH PAIN MANAGEMENT, AS WELL AS, ELIMINATE SOME OF THE INVOLUNTARY MOVEMENT IN YOUR LEGS AT NIGHT.

YOU WERE EVALUATED BY DR. DO-WILLIAMS ON 7/21/15.  YOU MAY FILE A CDCR 602HC.

**Additional Information/Instruction:** THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.

If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.

| | | |
|---|---|---|
| __J.A. ZAMORA__ | | Date sent to inmate: 7/29/2015 |
| **ADA Coordinator** | **Signature** | |

Staff processing instructions:  Does delivery of response meet criteria to establish effective communication? Yes

☐        **Accommodation Order required:**

☐        Request alleges non-compliance of the Armstrong or Clark Remedial Plans. Allegation logged on Accountability Log.

Distribution: Original – Inmate        Copy – 1824 File        Copy – Miscellaneous Section of C-File        Copy – Medical/Mental Health Staff

*EXHIBIT (109)*



CHCF HC 15003920

RECEIVED
AUG 2015
CHCF HC APPEAL

State of California

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (rev: 7/2014)

Department of Corrections and Rehabilitation

| INSTITUTION (staff use only): | EC? | LOG NUMBER (staff use only): |
|---|---|---|
| CHCF | Y/N | CHCF-E-15-01871 |

Date Received by Staff (staff use only):

**\* \* \* TALK TO STAFF IF YOU HAVE AN EMERGENCY. \* \* \***

**Do not** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDCR 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | | HOUSING |
|---|---|---|---|---|
| HAROLD HUNTER | T-11939 | THERAPEUTIC | | E/E-120 |

INSTRUCTIONS

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service, or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response. **Do not** use an 1824 to request a response for a group of inmates. If you have received an 1824 decision that you disagree with, submit an appeal (CDCR 602, or 602-HC if disagreeing with a medical diagnosis/treatment decision).

WHAT CAN'T YOU DO / WHAT IS THE PROBLEM: I FEEL PAIN WHEN I WALK, SIT, AND LAY DOWN IN BOTH FEET, KNEES AND ELS AND LOWER BACK. ON OR ABOUT DR. DO-WILLIAMS ON 7-8-15 TOOK AWAY MY OTHER DOCTORS ORDER FOR COMPRESSION SOCKS THAT HELP ME OUT AND ELIMINATED SOME INVOLUNTARY LEG MOVEMENT AT NIGHT.

WHY CAN'T YOU DO IT: I HAVE SEVERE PAIN IN MY LOWER BODY AND DR. DO-WILLIAMS REFUSES TO RECOGNIZE MY PAIN EXCEPT IN MY KNEE WHERE SHE GAVE ME A COMPRESSION KNEE BRACE

WHAT DO YOU NEED: FOR A REASONABLE ACCOMMODATION I WANT MY COMPRESSION SOCKS BACK TO EASE MY PAIN WHILE DR. DO-WILLIAMS RUNS TEST ON ME TO FIND OUT WHAT IS WRONG. MY TOES ALSO HURT AND I DON'T WANT TO LOOSE ANY TOES. DR. DO-WILLIAMS IS DELIBERATE INDIFFERENT TO MY PAIN AND IS DISCRIMINTATING AGAINST ME BY NOT PROVIDING ME A SERVICE. — OVER —

(use the back of this form if you need more space)

**Which of the following best describes your disability that caused you to file this request:**

☒ Difficulty walking or getting around ☐ Difficulty seeing ☐ Difficulty hearing ☐ Difficulty talking ☐ On kidney dialysis
☐ Difficulty using arms/hands ☐ Difficulty learning ☐ Difficulty thinking or understanding ☐ Mental impairment
☐ Other Disability (briefly describe): _____

**DO YOU HAVE ANY DOCUMENTS THAT DESCRIBE YOUR DISABILITY?** Yes ☐ No ☐ Not Sure ☐

(List and attach documents if available, including: 1845, 7410, 128-C): _____

I understand staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_Harold H_____
**INMATE'S SIGNATURE**   EXHIBIT (110)

Assistance completing this form provided by: _____
                                              Last Name      First Name      Signature

7-21-15
**DATE SIGNED**

| ☐ IAP is not required as the CDCR 1824 contains no disability access or discrimination issues. | | |
|---|---|---|
| | Person making determination | Title |

RECEIVED
AUG 26 2015
CHCF HC APPEALS

CHCF HC 15003920

I DID NOT REQUEST TO COME TO CALIF. HEALTH CARE FACILITY, I HAVE BEEN RECOGNIZED BY CDCR's HEALTH CARE PLACEMENT OVER SIGHT PROGRAM (HCPOP.), AND HOUSED HERE SOLEY FOR MEDICAL/MENTAL HEALTH TREATMENT, AS PER (CCHCF's) INMATE/PATIENT ORIENTATION HANDBOOK, ALSO IT SAYS (CHCF's) GOAL IS TO PROVIDE ALL INMATE-PATIENTS WITH APPROPRIATE MEDICAL CARE, AND WE WILL TAKE CARE OF YOU NO MATTER WHERE YOU ARE HOUSED, AND I HAVE THE RIGHT TO MEDICAL TREATMENT OR ACCOMMODATIONS, AND TO EASE SERIOUS PAIN, AND TO BE FREE FROM PHYSICAL ABUSE AND AGE OR PHYSICAL DISABILITY DISCRIMINATION, I AM 65½ YEARS OLD AND I AM IN PAIN, DR. DO-WILLIAMS HAS MADE MY CONDITION WORST AND IS SUBJECTING ME TO CORPORAL PUNISHMENT INTENTIONALLY. DR. DO-WILLIAMS, CAN NOT GIVE ME A LEGITIMATE PENOLOGICAL INTEREST FOR INCREASING MY PAIN LEVEL OVER A LOW COST OF COMPRESSION SOCKS.

I FALL UNDER: THE A.D.A., SECTION 504, 28 CFR PART 35, PLATA SUIT, ARMSTRONG, AND THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION "CRUEL AND UNUSUAL" BY NOT RECEIVING ADEQUATE MEDICAL CARE WITH MY DOCTORS DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS. CCR TITLE 15 § 3350 (a) "BASED ON THE JUDGMENT OF THE PHYSICIAN THAT THE TREATMENT IS CONSIDERED EFFECTIVE", SHE HAS THE AUTHORITY TO ISSUE COMPRESSION SOCKS, I WORE COMPRESSION SOCKS FOR 6 MONTHS AND MY OTHER DOCTOR JUST RENEWED THE ORDER FOR COMPRESSION SOCK TILL THE END OF 2015.

CCR 15 § 3350 (b)(1) MEDICALLY NECESSARY MEANS: TO ALLEVIATE SEVERE PAIN.

CCR 15 § 3350 (b)(4) SEVERE PAIN MEANS: A DEGREE OF DISCOMFORT THAT SIGNIFICANTLY DISABLES THE PATIENT FROM REASONABLE INDEPENDANT FUNCTIONS. I HAVE FALLEN DOWN TWICE HERE.
THREE (3) TIMES NOW.

Harold H

BACK SIDE OF # CHCF-E-15-01871
APPEAL 1824 DATED 7-21-15 A.D.A.
EXHIBIT (III)

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


**Date:**   9/16/2015                                      **REJECTION NOTICE**

**To:**     HUNTER, HAROLD (T11939)
          E  301E1120001LP
          California Health Care Facility
          P.O. Box 32050
          Stockton, CA 95213

**Tracking/Log #:**      CHCF HC 15003919

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being rejected and returned to you for the following reason(s):

**Specify Requested Action**: CCR, Title 15, Section 3084.6(b)(13) states, "The appeal is incomplete"  and Section 3084.2(a) states, "Describe the specific issue under appeal and the relief requested." Your appeal, as written, does not include a "Requested Action." In Section B of the CDCR 602-A, clearly state the "Requested Action" and return all documentation, including this letter, within 30 calendar days to the Health Care Appeals Office at your institution.

For your appeal to qualify for processing, you are advised to take the necessary corrective action provided in this notice and resubmit the appeal within 30 calendar days.

Martin, K.
Health Care Appeals Coordinator
Health Care Appeals Office
California Health Care Facility

> Please return this notice and all original documents when you resubmit this appeal.

> Please sign and date the rejection notice when you re-submit your appeal.

> I HAVE COMPLIED, AND SPECIFICALLY STATED MY REQUEST ON 602-A 8 B

Inmate-Patient signature: _Harold H_____ Date of re-submission: __9-20-15__

*EXHIBIT (112)*

Rejection Note: Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days, as specified in CCR 3084.6(a) and CCR 3084.8(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL** *EMERGENCY APPEAL*
CDCR 602 HC (REV. 6/13)

Page 1 of 2

| STAFF USE ONLY | | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☑ No | | *CHCF HC* | *15003919* | *8* |
| Signature: | | Date: *8/26/15* | | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**        **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| *HUNTER     HAROLD* | *T-11939* | *E1E-120* | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
*MY OWN ATTEMPT TO PROTECT MY HEALTH AND SAFETY*

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): *AGAIN ON 8-20-15, MY*
*MEDICAL DOCTOR D. DO-WILLIAMS, HAS CATEGORICALLY DENIED ALL OF MY REQUEST*
*FOR MEDICAL CARE AND TO PROTECT MY HEALTH AND SAFETY E.G. LOWER TIER CHRONO, A*
*WHEELCHAIR OR WALKER, A MOBILTY VEST, RE ORDER COMPRESSION SOCKS FOR MY LEGS THAT*

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): *CDCR EMPLOYEES AND*
*CONTRACTUAL EMPLOYEES HAVE A DUTY TO PROTECT ME. I AM NOW IN A MEDICAL CARE*
*FACILITY I DEMAND THAT HEALTH CARE AND PROTECTION FOR MY SAFETY, NOW I WILL EXHAUST*
*THIS APPEAL AND SUE EVERYONE INVOLVED FOR $500,000.00 EACH. —602A § B —*

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☑ No, I have not attached any supporting documents. Reason : *I HAVE SUBMITTED EVERY THING ALREADY, IT*
*IS IN YOUR POSSESSION NOW*

Patient-Inmate Signature: *Harold H*        Date Submitted: *8-20-15*

☐ **By placing my initials in this box, I waive my right to receive an interview.**

| **SECTION C. FIRST LEVEL - Staff Use Only** | Check One: Is CDCR 602-A attached? | ☑ Yes ☐ No |
|---|---|---|
| This appeal has been: | Check One: Is this a recategorized/converted 1824? | ☐ Yes ☑ No |

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction):     Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):     Date: _____

☐ Accepted   Assigned to: _____     Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____     Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐ Yes  ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower  **Please check one:** | | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe ☐ Not reached* ☐ Reached | | |
| ☑ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4. Comments: *TABE 7.7* | | | (Print Name)   ● |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date closed and mailed/delivered to appellant: _____ |

RECEIVED
AUG 26 2015
CHCF HC APPEALS

REJECTED
CHCF FLM
HOHO 9-16-15

*EXHIBIT (113)*

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (Rev. 06/13)      *CHCF HC 15003919* Page 2 of 2

RECEIVED
AUG 2 6 2015
CHCF HC APPEALS

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

Patient-Inmate Signature: _____ Date Submitted: _____

**SECTION E. SECOND LEVEL - Staff Use Only**
Check One: Is CDCR 602-A attached? ☐Yes ☐No
This appeal has been:    Check One: Is this a recatergorized/converted 1824? ☐Yes ☐No
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):   Date: _____
☐ Accepted   Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____
Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
     Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other:_____
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☐No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4.Comments:_____ | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC:_____ | Date closed and mailed/delivered to appellant: _____ |

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

Patient-Inmate Signature: _____ Date Submitted: _____

**SECTION G. THIRD LEVEL - Staff Use Only**
☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter):   Date: _____
☐ Accepted at the Third Level of Review
Your appeal is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other:_____
See attached Third Level response.

| | Third Level Use Only |
|---|---|
| | Date closed and mailed/delivered to appellant: _____ |

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

Patient-Inmate Signature: _____ Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature:_____ Date:_____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CHCF HC | 15003917 | X |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.  WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HUNTER   HAROLD | T-11939 | E/E -120 | |

A. Continuation of CDCR 602, Section A only (Explain your issue) : *HAVE PROVEN TO HELP ME,*
THAT SHE TOOK AWAY, A COLONOSCOPY, MRI, CAT SCAN, OR OTHER DIAGNOSTIC
TEST ON MY LEGS AND FEET, A BACK BRACE. DO-WILLIAMS, HAS ACTUALLY
MADE MY PHYSICAL CONDITION WORSE INCREASING MY PAIN AND SUFFERING-
SHE SAID SHE HAS NO PLANS FOR ANY MEDICAL CARE FOR MY BACK, LEGS, FEET,
TOES, OR TO IMPROVE MY SLEEP. SHE IS CLEARLY DELIBERATE INDIFFERENT TO
MY SERIOUS MEDICAL NEEDS BY NOT TREATING MY WELL DOCUMENTED
DISABILITIES THAT EFFECT (4) OF MY MAJOR LIFE ACTIVITIES. SHE HAS A RECKLESS
AND UNCARING ATTITUDE ABOUT MY HEALTH AND SAFETY, IN VIOLATION OF DEPRIVING
ME OF ADEQUATE MEDICAL CARE AND SEVERAL OTHER U.S. CONSTITUTIONAL RIGHTS.
CUSTODY WANT TO MOVE ME UP STAIRS, I HAVE FALLEN 3 TIMES HERE ON FLAT
GROUND, STAIRS WILL BE A DIRECT THREAT TO MY HEALTH AND SAFETY. I AM A
QUALIFIED INDIVIDUAL WITH DISABILITIES. I EVEN PAID A CO-PAY TO RECEIVE
MEDICAL CARE. AND BECAUSE OF ALL OF THE ABOVE AND MENTAL STRESS, I
PLAN TO SUE EVERYONE INVOLVED. I HAVE SEVERAL FEDERAL RIGHTS
THAT PROTECT ME. AND PAIN MEDS ALONE DOES NOT HELP, AND D. DO-WILLIAMS,
LIED WHEN SHE WROTE "THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS,
SERVICES AND ACTIVITIES." I FELL DOWN GOING TO THE LAW LIBRARY AND
THUS I AM DENIED ACCESS TO THE LIBRARY AND ALL SERVICES IN THE PLAZA AREA.

Inmate/Parolee Signature: *Harold H*      Date Submitted: *8-20-15*

RECEIVED
AUG 26 2015
CHC APPEALS

REJECTED
9-16-15  FLR #1
CHCF HCAO

B. Continuation of CDCR 602, Section B only (Action requested): *I HEREBY SPECIFICALLY REQUEST*
① MY MEDICAL DOCTOR DO-WILLIAMS TO ISSUE ME A LOWER TIER CHRONO,
② A WALKER WITH HAND BRAKES, A MOBILITY IMPAIRMENT VEST, ③ RE-ORDER
MY COMPRESSION STOCKINGS THAT HELP ME, AND ④ A BACK BRACE, ⑤ I
WANT MY MEDICAL DOCTOR TO RECOGNIZE MY PAIN IN MY LOWER BACK, BOTH
LEGS, KNEES, FEET, AND TOES, AND ⑥ I WANT WMY MEDICAL DOCTOR DO-
WILLIAMS TO CORRECT HER INTENTIONAL FRAUDULENT FALSIFICATION OF MY
MEDICAL RECORDS BY ELIMINATING ALL OF MY PHYSICAL A.D.A. AND OTHER
DISABILITIES, A VIOLATION OF STATE AND FEDERAL LAW

*EXHIBIT (114)*

Inmate/Parolee Signature: *Harold H*      Date Submitted: *9-20-15*

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

RECEIVED
AUG 26 2015
CHCF HC APPEALS

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissstisfied with Second Level response): _____

Inmate/Parolee Signature: _____ Date Submitted: _____



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** 9/16/2015

# CANCELLATION NOTICE

**To:** HUNTER, HAROLD (T11939)
E 301E1120001LP
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

**Tracking/Log #:** CHCF HC 15003921

It has been determined your appeal submitted does not comply with appeal procedures established in the California Code of Regulations (CCR) Title 15, Article 8, and is being cancelled and returned to you for the following reason(s):

**Duplicate:** CCR, Title 15, Section 3084.6(c)(2) states, "The appeal duplicates an inmate or parolee's previous appeal upon which a decision has been rendered or is pending," and Section 3084.6(a)(5) states, "Erroneous acceptance of an appeal at a lower level does not preclude the next level of review from taking appropriate action, including rejection or cancellation of the appeal."

> ➢ Upon further review it has been determined that this appeal duplicates an appeal upon which a decision has been rendered or is pending. Reference appeal log number CHCF HC 15003916 which was accepted on 8/26/15 and is pending a First Level Appeal response related to your request for a lower tier/lower bunk chrono.
> ➢ Cancellation of this appeal has not exhausted your administrative remedies for this issue.

Martin, K.
Health Care Appeals Coordinator
Health Care Appeals Office
California Health Care Facility

$EXHIBIT (115)$

Cancellation Note: Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. When an appeal is cancelled, your administrative remedies have not been exhausted pursuant to Title 15 CCR Section 3084.1(b).

***PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE***

Case 2:15-cv-01971-KJN, Document 9-5 Filed 09/25/15 Page 27 of 33

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**    *EMERGENCY APPEAL"*
**CDCR 602 HC (REV. 6/13)**                                                                    Page 1 of 2

| STAFF USE ONLY | | Institution: | Log #: | Category: |
|---|---|---|---|---|
| Emergency Appeal  ☐ Yes  ☑ No | | | | |
| Signature:  Date: 8/26/15 | | | *FOR STAFF USE ONLY* | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): HAROLD HUNTER | CDCR Number: T-11939 | Unit/Cell Number: E12-120 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
➔ A LOWER TIER CHRONO ⬅

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): THE RAP PANEL GOT, T
ALL WRONG, MY ADA APPEAL READS "I NEED A LOWER TIER CHRONO" TO
GO WITH MY LOWER BUNK CHRONO. YES, YOU ARE CORRECT I AM CURRENTLY
HOUSED ON THE LOWER TIER IN A LOWER BUNK, BUT IF YOU WOULD READ

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I AM REQUESTING A LOWER
TIER / LOWER BUNK CHRONO FOR THE PROTECTION OF MY HEALTH AND SAFETY
CUSTODY HAS AGAIN WARNED ME THAT THEY INTEND TO MOVE ME UP
STAIRS - PLEASE HURRY

☒ Supporting Documents: Refer to CCR 3084.3.      NOTE: I DID NOT RECEIVE MY ORIGINALS BACK WHEN
                                                                                    I HAD COPIES MADE
List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive
Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):
ADA APPEAL # CHCF-E-15-01955, FOUR (4) PAGES
☒ No, I have not attached any supporting documents. Reason: THEY ARE IN MY H.C. FILE

Patient-Inmate Signature: Harold H        Date Submitted: 8-21-15
| ☐ By placing my initials in this box, I waive my right to receive an interview. |
|---|

**SECTION C. FIRST LEVEL - Staff Use Only**        Check One: Is CDCR 602-A attached?    ☑ Yes  ☐ No

This appeal has been:                                Check One: Is this a recatergorized/converted 1824?  ☐ Yes  ☑ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction):    Date:           Date:           Date:           Date:
☒ Cancelled (See attached letter):                       Date: 9/16/15
☐ Accepted  Assigned to: _____    Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____    Interview Location: _____
Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☐ Denied    ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted?  ☐ Yes  ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☑ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4. Comments: TABE 7.7 | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: | Date closed and mailed/delivered to appellant: 9/17/15 |

SEP 1 7 2015

EX HIBIT (11B)

CANCELLED
CHCF HCAP

AUG 26 2015
CHCF HCAP

STATE OF CALIFORNIA  Case 2:15-cv-01971-KJN  Document 9  Filed 09/25/~~~~ DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number | Assignment: |
|---|---|---|---|
| HUNTER HAROLD | T-11939 | E/E -120 | |

A. Continuation of CDCR 602, Section A only (Explain your issue) : MY A Q A APPEAL
CORRECTLY, CUSTODY WANTS TO MOVE ME UP STAIRS
UN LESS I GET A LOWER TIER CHRONO. I WANT TO
INFORM THE APPEALS COORDINATOR THAT YOU ARE MAKING
YOUR DECISION ON FALSE INFORMATION FROM DR. DO-
WILLIAMS WHO HAS FALSIFIED MY MEDICAL FILE, THINK ABOUT
THIS: HER STATEMENT READS "THE SUBJECT IS ABLE TO SAFELY
ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES" THAT IS
NOT TRUE! I HAVE FALLEN DOWN THREE (3) TIME HERE
ONCE TRYING TO GO TO THE LAW LIBRARY, I AM DENIED HAVING
A MOBILITY IMPAIRMENT VEST, SO CUSTODY WILL NOT GIVE ME
A RIDE TO THE PLAZA, SO BECAUSE OF MY MOBILITY DISABILITY THAT
DATES BACK TO 1967, I AM DENIED ACCESS TO THE LIBRARY,
AND ALL OF THE SERVICES IN THE PLAZA, AND WITH OUT A LOWER
TIER/LOWER BUNK CHRONO, CUSTODY IS GOING TO MAKE ME LIVE
UP STAIRS AND I WILL FACE AN IMMINENT INJURY SOME DAY
BECAUSE I AM A FALL RISK ON FLAT GROUND AND THERE IS
NO COST INVOLVED IN GETTING A CHRONO, SO WHAT WOULD BE YOUR
LEGITIMATE PENOLOGICAL JUSTIFICATION?

Inmate/Parolee Signature: Harold H          Date Submitted:
8-21-15

B. Continuation of CDCR 602, Section B only (Action requested): _____

_____

_____

_____

_____

_____

EXHIBT (107)

_____

Inmate/Parolee Signature: _____          Date Submitted: _____

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**

**RAP Meeting Date: 8/5/2015**

**Date IAC Received 1824: 7/31/2015**

**1824 Log Number: CHCF-E-15-01955**

**Inmate's Name: HUNTER, HAROLD**

**CDCR #: T11939**

**Housing: FAC E1E-120L**

**RAP Staff Present:**     **ADA Coordinator**     S. Riley,  Custody Appeals Coordinator A. Infante,  Doctor G. Williams, Health Care Appeals Representative, L. Donnelly,  Registered Nurse  M. Lowe

*CHCF HC 15003921*

**Inmate Interviewed:**     ☒ No     ☐ Yes     EOP

**Disability Access or Discrimination Issue:** SUBJECT STATES THAT HE IS AXIS I OUTPATIENT, MOBILITY, ARTHRITIS PAIN, COPD, ASTHMA, SLEEP APNEA, RESPIRATORY BREATHING PROBLEMS AND PAIN IN KNEES, BACK AND FEET. SUBJECT IS REQUESTING A LOWER HOUSING CHRONO.

**Interim Accommodations Needs Reviewed:**

☒     No interim accommodation required.

*RECEIVED*
*AUG 26 2015*
*CHCF HC APPEALS*

THE SUBJECT IS CURRENTLY ASSIGNED TO A LOWER BUNK ON E1E-120L.

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE THE SUBJECT UNTIL 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

**Summary of Inmate's 1824 Request:** THE SUBJECT IS REQUESTING A LOWER BUNK/LOWER TIER CHRONO.

☒     **RAP requires further information prior to rendering a decision, which may take up to 30 calendar days to complete. Reason for delay:**

   ☒     Disability Verification Process (DVP) required.

ON 8/5/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

YOU ARE CURRENTLY ASSIGNED TO A LOWER TIER/LOWER BUNK ON E1E-120L.

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE YOU UNTIL YOUR 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

YOU HAVE AN APPOINTMENT WITH YOUR PCP ON 8/06/2015.

**Additional information/instruction:** THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.

**If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.**

| S. RILEY | | **Date sent to inmate: 8/5/2015** |
| --- | --- | --- |
| **ADA Coordinator (A)** | **Signature** | |

| Staff processing instructions:  Does delivery of response meet criteria to establish effective communication? Yes |
| --- |
| ☐     **Accommodation Order required:** |
| ☐     Request alleges non-compliance of the Armstrong or Clark Remedial Plans.  Allegation logged on Accountability Log. |

Distribution: Original – Inmate          Copy – 1824 File          Copy – Miscellaneous Section of C-File          Copy – Medical/Mental Health Staff

*EXHIBIT (118)*

**CANCELLED**

**DRAFT**

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date: 8/12/2015**          **Date IAC Received 1824: 7/31/2015**          **1824 Log Number:** CHCF-E-15-01955

**Inmate's Name: HUNTER, HAROLD**          **CDCR #: T11939**          **Housing: FAC E1E-120L**

**RAP Staff Present:**          **ADA Coordinator**          J.A. Zamora,  Custody Appeals Coordinator A. Infante,  Doctor G. Williams,
Health Care Appeals Representative, L. Donnelly,  Registered Nurse  M. Lowe          *CHCF HC 15003921*

**Inmate Interviewed:**   ☒ No   ☐ Yes          EOP

Disability Access or Discrimination Issue: SUBJECT STATES THAT HE IS AXIS I OUTPATIENT, MOBILITY, ARTHRITIS PAIN, COPD, ASTHMA, SLEEP APNEA, RESPIRATORY BREATHING PROBLEMS AND PAIN IN KNEES, BACK AND FEET. SUBJECT IS REQUESTING A LOWER HOUSING CHRONO.

**Interim Accommodations Needs Reviewed:**
☒   No interim accommodation required.

THE SUBJECT IS CURRENTLY ASSIGNED TO A LOWER BUNK ON E1E-120L.

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE THE SUBJECT UNTIL 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

**Summary of Inmate's 1824 Request:** THE SUBJECT IS REQUESTING A LOWER BUNK/LOWER TIER CHRONO.

☒   **RAP is able to render a final decision.**

## APPROVED WITH MODIFICATION

ON 8/12/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

RECEIVED
AUG 26 2015
CHCF HC APPEALS

YOU ARE CURRENTLY ASSIGNED TO A LOWER TIER/LOWER BUNK ON E1E-120L.

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE YOU UNTIL YOUR 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

YOU MAY FILE A CDCR 7362, TO FURTHER DISCUSS THIS MATTER WITH YOUR PCP.

**Additional information/instruction: THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.**

**If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.**

_J.A. Zamora_          **Date sent to inmate: 8/12/2015**
**ADA Coordinator**          **Signature**

Staff processing instructions:  Does delivery of response meet criteria to establish effective communication?  Yes
☐   **Accommodation Order required:**
☐   Request alleges non-compliance of the Armstrong or Clark Remedial Plans.  Allegation logged on Accountability Log.

Distribution:  Original – Inmate          Copy – 1824 File          Copy – Miscellaneous Section of C-File          Copy – Medical/Mental Health Staff

*EXHIBIT (119)*

**CANCELLED**

**REASONABLE ACCOMMODATION - PANEL (RAP) RESPONSE**

| | | |
|---|---|---|
| RAP Meeting Date: 8/5/2015 | Date IAC Received 1824: 7/31/2015 | 1824 Log Number: CHCF-E-15-01955 |
| Inmate's Name: HUNTER, HAROLD | CDCR #: T11939 | Housing: FAC E1E-120L |

**RAP Staff Present:** ADA Coordinator S. Riley, Custody Appeals Coordinator A. Infante, Doctor G. Williams, Health Care Appeals Representative, L. Donnelly, Registered Nurse M. Lowe

**Inmate Interviewed:** ☒ No ☐ Yes EOP

*CHCF HC 15003924*

**Disability Access or Discrimination Issue:** SUBJECT STATES THAT HE IS AXIS I OUTPATIENT, MOBILITY, ARTHRITIS PAIN, COPD, ASTHMA, SLEEP APNEA, RESPIRATORY BREATHING PROBLEMS AND PAIN IN KNEES, BACK AND FEET. SUBJECT IS REQUESTING A LOWER HOUSING CHRONO.

**Interim Accommodations Needs Reviewed:**

☒ No interim accommodation required.

THE SUBJECT IS CURRENTLY ASSIGNED TO A LOWER BUNK ON E1E-120L.

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE THE SUBJECT UNTIL 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

**Summary of Inmate's 1824 Request:** THE SUBJECT IS REQUESTING A LOWER BUNK/LOWER TIER CHRONO.

☒ **RAP requires further information prior to rendering a decision, which may take up to 30 calendar days to complete. Reason for delay:**

☒ Disability Verification Process (DVP) required.

ON 8/5/15, THE REASONABLE ACCOMODATION PANEL (RAP) HAS REVIEWED YOUR REQUEST.

YOU ARE CURRENTLY ASSIGNED TO A LOWER TIER/LOWER BUNK ON E1E-120L.

*RECEIVED AUG 26 2015 CHCF HC APPEALS*

ON 7/31/2015, THE CHCF APPEALS COORDINATOR INTERVIEWED OFFICER YANG. OFFICER YANG NOTED IN THE LOG BOOK NOT TO MOVE YOU UNTIL YOUR 1824 REASONABLE ACCOMODATION REQUEST IS REVIEWED BY RAP.

YOU HAVE AN APPOINTMENT WITH YOUR PCP ON 8/06/2015.

**Additional information/instruction:** THE SUBJECT IS ABLE TO SAFELY ACCESS ALL PROGRAMS, SERVICES AND ACTIVITIES.

If you disagree with a health care decision made prior to or during the CDCR 1824 process, complete a CDCR 602-HC. If you disagree with any other RAP decision, complete a CDCR 602. Be sure to attach this document along with your CDCR 1824.

| | | |
|---|---|---|
| **S. RILEY** | **Signature** | Date sent to inmate: 8/5/2015 |
| ADA Coordinator (A) | | |

Staff processing instructions: Does delivery of response meet criteria to establish effective communication? Yes

☐ Accommodation Order required:

☐ Request alleges non-compliance of the Armstrong or Clark Remedial Plans. Allegation logged on Accountability Log.

Distribution: Original – Inmate    Copy – 1824 File    Copy – Miscellaneous Section of C-File    Copy – Medical/Mental Health Staff

*EXHIBIT (120)*

**CANCELLED**

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| **REASONABLE MODIFICATION OR ACCOMMODATION REQUEST** | INSTITUTION/PAROLE REGION: CHCF | LOG NUMBER: CHCF- E-15-01955 | CATEGORY: **18. ADA** |
|---|---|---|---|

CDCR 1824 (Rev. 10/06)

EMERGENCY REQUEST

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

RECEIVED

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

AUG 26 2015

HOUSING APPEALS

| INMATE/PAROLEE'S NAME(PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| HAROLD HUNTER | T-11939 | | | E1E-120 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disibility shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you. If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete Section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: AXIS I OUTPATIENT, MOBILITY, ARTHRITIS PAIN, C.O.P.D,
ASTHMA, SLEEP APNEA RESPIRATORY BREATHING PROBLEMS, PAIN
IN BACK, KNEES, AND FEET

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

MY DISABILITIES IS VERIFIED BY THE MEDICAL AND MENTAL HEALTH RECORDS
IN THE POSSESSION OF THE CDCR, AS PER THE ABOVE DECRIPTION, MY
DISABILITIES EFFECT FOUR (4) OF THE MAJOR LIFE ACTIVITIES CRITERIA IN TITLE
II OF THE A D A, SECTION 504 OF THE REHABILITATION ACT, THE DOJ 28 CFR PART
35, AND ARMSTRONG

DESCRIBE THE PROBLEM:

ON 7-27-15, CUSTODY TOLD ME THAT I WAS UP TO BE ASSIGNED TO LIVE ON THE
SECOND TIER, MY MEDICAL DOCTOR DO-WILLIAMS HAS FAILED TO RESPOND REASONABLY
TO MY CDCR FORM 7362 # 964950 REQUESTING A LOW TIER CHRONO ALONG WITH MY
LOW BUNK CHRONO. TO PROTECT MY OWN HEALTH AND SAFETY AND PREVENT AN
IMMINENT INJURY TO MYSELF I AM FORCED TO FIGHT FOR MY SELF. I
AM NOT STABLE ON FLAT GROUND, I HAVE FALLEN DOWN TWICE — 602A-

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

I HERE BY FORMALLY REQUEST THAT I RECEIVE WHAT CUSTODY
CALLS A LOWER, LOWER HOUSING CHRONO A.S.A.P.

EXHIBIT (121)

Harold Hunter
INMATE/PAROLEE'S SIGNATURE

7-30-15
DATE SIGNED

CANCELLED

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*CHCF MC 1500392/* Side 1

| IAB USE ONLY | Institution/Parole Region:   Log #:   Category: |
|---|---|
| | *CHCF-E-15-0965*   /8 |
| | **FOR STAFF USE ONLY** |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HUNTER   HAROLD | T-11939 | E1E-120 | |

A. Continuation of CDCR 602, Section A only (Explain your issue): AT STOCKTON, GOING
UP AND DOWN STAIRS WILL BE DETRIMENTAL TO MY HEALTH.
CUSTODY CAN NOT PLACE ME IN A POSITION TO GET HURT.
UNDER THE ARCHITECTURAL BARRIERS ACT OF 1968
(ABA), WITH MY MOBILITY DISABILTY WOULD GIVE ME NO
PROGRAM ACCESSIBILITY UNDER ADA TITLE II WITH A
THREAT OF IMMINENT INJURY. ADA STATES THAT
FACILITIES ARE TO BE READILY ACCESSIBLE TO AND USABLE BY
INDIVIDUALS WITH DISABILITIES. STAIRS WILL BE A BARRIER
TO ME AND CUSTODY CAN NOT RISK MY LIFE THIS
WAY.

Inmate/Parolee Signature: *Harold H*   Date Submitted: 7-30-15

RECEIVED CHCF
2014 JUN 3 AM 10:

APPEALS

RECEIVED CHCF
2015 JUL 13 AM 7:56

APPEALS

RECEIVED
AUG 26 2015
CHCF HC APPEALS

**CANCELLED**

B. Continuation of CDCR 602, Section B only (Action requested): _____

COMPLETED
SEP 17 2015
CHCF HC APPEALS

EXHIBIT (122)

Inmate/Parolee Signature: _____   Date Submitted: _____