UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>           Plaintiff,<br><br>    v.<br><br>DOROTHY H. DO-WILLIAMS, et al.,<br><br>           Defendants. | No. 2:15-cv-1971 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel. Plaintiff consented to magistrate judge jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 10. On December 15, 2015, plaintiff's application to proceed in forma pauperis was denied, and plaintiff was directed to pay the $350.00 filing fee required to commence a civil action in federal district court.

      However, the court inadvertently failed to inform plaintiff that he must also pay the $50.00 administrative filing fee. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee. Because the court found that plaintiff made an inadequate showing of indigency and was required to pay the filing fee, plaintiff is required to pay the $350.00 filing fee and the $50.00 administrative fee for a civil action. See 28 U.S.C. §§ 1914(a), 1915(a).

////

////

1

1     Plaintiff has now paid the $350.00 filing fee.  Thus, plaintiff is granted an extension of
2  time in which to pay the administrative fee.  Plaintiff is cautioned that failure to pay the
3  administrative fee will result in an order dismissing this action.
4     Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of
5  this order, plaintiff shall submit the $50.00 administrative fee.
6  Dated:  January 12, 2016

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hunt1971.fee