UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOROTHY H. DO-WILLIAMS, et al.,<br><br>　　　　　Defendants. | No.  No. 2:15-cv-1971 KJN P<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner, proceeding without counsel.  By order dated January 12, 2016, plaintiff was ordered to submit the $50.00 administrative filing fee required to commence a civil action in federal district court.  (ECF No. 18.)  Plaintiff was cautioned that failure to pay the administrative fee would result in dismissal of this action.  (<u>Id.</u> at 2.)  Plaintiff thereafter filed a motion to file an amended complaint, but has not yet paid the $50.00 administrative fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause within twenty-one (21) days from the date of this order why this action should not be dismissed for failure to pay the $50.00 administrative filing fee.  <u>See</u> Fed. R. Civ. P. 41(b).

Dated:  April 21, 2016

/hunt1971.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1