UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER, | No. 2: 15-cv-1971 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DOROTHY H. DO-WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: February 8, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hun1971.59
kc

1